UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NOS. 1:19-cr-00177-TWP-MJD |
| | ) | 1:19-cr-00012-TWP-MJD |
| | ) | |
| BRADLEY GULLEDGE, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO SUPPRESS

The Defendant, Bradley Gulledge, by counsel, Mario Garcia, moves the Court, pursuant to the Fifth Amendment to the Constitution of the United States, to suppress all evidence obtained by the Government, directly or indirectly, as a result of involuntary statement of the Defendant, due to sleep deprivation and intoxication. In support of his Motion, the Defendant states as follows:

1. The Fifth Amendment to the Constitution of the United States protects individuals from being compelled to testify against himself. The State's burden under *Miranda v. Arizona*, 384 U.S. 436 (1966), is to prove that the Defendant voluntarily made a knowing and intelligent waiver of his rights. Here, the State cannot prove its burden, therefore, Gulledge's waiver of his rights violated the Fifth Amendment.

2. Under *Miranda*, the Defendant was told he may stop the interview at any time. However, after twice stating that he was done talking, the interviewing officers continued the interrogation. Therefore, the interrogating officers violated his Fifth Amendment rights.

In further support, the Defendant has contemporaneously filed a Memorandum in Support of this Motion to Suppress.

WHEREFORE, Defendant, Bradley Gulledge, by counsel, respectfully requests that the evidence be suppressed and for all other relief which may be just and proper.

Respectfully Submitted,

Brattain Minnix Garcia

/s/ Mario Garcia
Mario Garcia, #21638-49
One Indiana Square, #2625
Indianapolis, IN 46204
(317) 231 – 1750
Attorney for Defendant
mario@bmgindy.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made available by operation of the Court's CM/ECF system.

/s/ Mario Garcia
Mario Garcia